169 So. 905

## Webster BLAKE v. STATE.
### 7 Div. 176.

Court of Appeals of Alabama.
July 9, 1936.

PER CURIAM.
Appeal withdrawn.

171 So. 922

## Clarence BLEVINS v. STATE.
### 6 Div. 977.

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 914

## A. H. BLOUNT v. J. H. STEWART.
### 4 Div. 167.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

165 So. 914

## Carter BONDS v. CITY OF GUNTERSVILLE.
### 8 Div. 173.

Court of Appeals of Alabama.
Feb. 4, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.

Claud D. Scruggs, of Guntersville, for appellee.

RICE, Judge.
Affirmed.

169 So. 905

## J. T. BONNER v. STATE.
### 5 Div. 14.

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.
Affirmed.

174 So. 898

## Olen BOSHELL v. STATE.
### 6 Div. 94.

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Appeal dismissed.